*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SHANNON OMAR PETERSON,

    Plaintiff,

v.                                                        CASE NO. 5:05cv240-RH/WCS

JOHN DOE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 7), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed without prejudice for failure to pay the filing fee. The clerk shall close the file.

    SO ORDERED this 13th day of January, 2006.

                                                      s/Robert L. Hinkle
                                                      Chief United States District Judge